Date: 07/18/10

Page:

**DIVIDENDS REMITTED TO THE COURT**

Check Number 2013 Dated 07/18/10

Case Number 09-31707 - HOUWMAN, BRIAN W

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| U.S. Bank N.A.<br>P.O. Box 5229<br>Cincinnati, OH 45201 | 000005 | 81.50 | 0.81 |
| ---------- Remittance Total ---------- | | 81.50 | 0.81 |

MICHAEL J. IANNACONE, Trustee

COURT1

Printed: 07/18/10 11:10 AM    Ver: 15.10b